UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Ronald G. Johnston        :        Case #: 04-53518
       Rebecca A. Johnston

                                            :        Chapter 13

                                            :        Judge Preston

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: January 19, 2010                          /s/ Frank M. Pees
                                                               Frank M. Pees
                                                               Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| PEOPLES BANK | $283.21 |
| PO BOX 738 | |
| MARIETTA OH 45750 | |